Gerald Barrett (5855)
WARD, KEENAN & BARRETT, P.C.
3838 No. Central Avenue
Suite 1720
Phoenix, Arizona 85012
Tel: 602-279-1717
Fax: 602-279-8908
Email: gbarrett@wardkeenanbarrett.com
Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| PHILLIP A. McNALLY as Trustee of the Plaintiff Taft-Hartley Trust Funds; et al., | CASE NO. 2:13-cv-01865-JWS |
| Plaintiffs, | NOTICE OF DISMISSAL |
| v. | |
| WEBSTER ENERGY AND BUILDING SOLUTIONS, LLC., an Arizona limited liability corporation, | |
| Defendant. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice they are dismissing this matter.

Respectfully submitted December 9, 2013.

                                          S/GERALD BARRETT
                                          Gerald Barrett (5855)
                                          WARD, KEENAN & BARRETT, P.C.
                                          3838 No. Central Avenue
                                          Suite 1720
                                          Phoenix, Arizona 85012
                                          Attorney for Plaintiffs

CERTIFICATE OF MAILING

I hereby certify that on the 9th day of December, 2013, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott D. Gibson

I hereby certify that on the 9th day of December, 2013, I served by mail a paper copy of the foregoing to:

Scott D. Gibson
Thompson Krone Gibson
6303 E. Tanque Verde Road
Suite 210
Tucson, Arizona 85715-3859
Attorneys for Defendant

s/Carol L. Thomas