# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ARIZONA PIPE TRADES HEALTH AND WELFARE TRUST FUND, *et al.* | v. | WEBSTER ENERGY AND BUILDING SOLUTIONS LLC |
| THE HONORABLE JOHN W. SEDWICK | | CASE NO.  2:13-CV-01865-JWS |
| PROCEEDINGS:   **ORDER FROM CHAMBERS** | | Date:  December 10, 2013 |

At docket 11, plaintiffs filed a notice of dismissal prior to the filing of any response to their complaint by defendant.  This terminates the litigation under Fed. R. Civ. P. 41(a)(1)(A)(I).  It also relieves plaintiffs from their duty to respond to the order at docket 10.  The Clerk of Court will please close this case.